LODGED
CLERK, U.S. DISTRICT COURT
SEP - 8 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

1  Name: Brenda C. Armstead
2  Address: 601 N. Grand Ave.
3  Apt. 313, Los Angeles, CA 90012
4  Phone: NA
5  Fax: NA
6  In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

President Donald Trump
United States
                    Plaintiff

v.

President Kim Jong Un - North Korea
                    Defendant(s).

CASE NUMBER:

2:17-CV-06612-UA

To be supplied by the Clerk of
The United States District Court

Original Petition

1. United States District Court, District of Arizona, Phoenix Division, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, SPC1, Phoenix, Arizona, 85701 accepted filing: Armstead vs. Trump et. al. 10th Day of October, 2016 but did not go forward due to Plaintiff relocating to New Mexico.

2. On file U.S. District Court, Fort Meyers, Florida, case: Armstead vs. Kerry, Lauer, Saddam to support filing legal action involving World Leaders.

3. Current President of North Korea, Kim Jong Un - is involved in the same illegal activity destroying the air in violation of international law as the Previous President to North Korea - father to Kim Jong Un.

4. Support: Father to Kim Jong Un Oct. 2006, also tested a Hydrogen Bomb that resulted in tornadoes that hit

CV-126 (09/09)   PLEADING PAGE FOR A COMPLAINT

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

(illegible partial line) ...not prone to tornadoes.

5. North Korea is still affecting Texas by dumping illegally in the ocean causing an increase in temperatures of that ocean water that has resulted in Hurricane Harvey and massive flooding in Houston, Texas.

6. The People of the World share water, land, and air. We must begin to be considerate and responsible for our neighbors around the globe.

7. If the Current North Korean President - Son of the former President - Kim Jong Un - is carrying out orders from his father through the Cabinet (the Cabinet) - This Court needs to replace them and can then permanently appoint Kim Jong Un.

8. Texas is a victim of the abuse of North Korea and needs compensated for those losses.

9. China accounts for 90% of North Korean trade. They could assist more.

10. Cutting off oil to North Korea would be a repeat of what happened to Japan and caused WWII.

11. Threatening North Korea with military action would also result in war that no one will win.

12. Failure to stop this will cause massive refugee movements to surrounding countries with starvation and the spread of disease.

13. The International Court Can address this world conflict without war by removal of those parties liable. If they choose to cooperate, no sanctions would be needed.

14. North Korea is also in violation Human Rights - Organ Harvesting. - Mass Murder.

15. Party Submitting this action has third party standing. As a U.S. Citizen, air and war would affect my life and health. Brenda C. Armsten

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| United States Depart. of Justice Washington, D.C. | |
| TELEPHONE NO.:     FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): President Donald Trump | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | |
|---|---|
| STREET ADDRESS: U.S. District Court | |
| MAILING ADDRESS: U.S. Ct. house Rm G8 | |
| CITY AND ZIP CODE: Los Angeles, CA 90012 | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: President Donald Trump U.S. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: President Kim Jong Un north Korea | |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
   President Donald Trump U.S.
   President Kim Jong Un north Korea
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:     (2) at *(time)*:
   b. ☐ **by substituted service.** On *(date)*:     at *(time)*:     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:     from *(city)*:     or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 American LegalNet, Inc. www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: President Donald Trump U.S. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: President Kim Jong Un North Korea | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                          (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)       ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                                ☐ other:

7. **Person who served papers**
  a. Name:
  b. Address:
  c. Telephone number:
  d. **The fee** for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

_____    ▶   _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)               (SIGNATURE)



601 N. Grand Ave.
Apt. 313
Los Angeles, California 90012-2276

Clerk of Court
United States District Court
U.S. Courthouse, Room G-8
Los Angeles, California 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP -6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY